# In the United States Court of Federal Claims

| | |
|---|---|
| JAKE LATURNER, Treasurer of the State of Kansas, ) ) ) ) Plaintiff, ) ) v. ) ) THE UNITED STATES OF AMERICA, ) ) Defendant. ) ) ) | No. 13-1011C <br> (Filed: June 20, 2017) |

**ORDER**

On Thursday, June 22, 2017, the Court will hear oral argument on the parties' cross-motions for summary judgment concurrently in this case and in <u>Lea v. United States</u>, No. 16-43C. The Court will hear argument from the government first. Each side shall have 45 minutes to present its arguments, including rebuttal. The plaintiffs in this case and in <u>Lea</u> may allocate their time between them as they see fit; or, if they cannot come to an agreement, the Court will divide their time in its discretion on the date of the argument.

**IT IS SO ORDERED.**

s/ Elaine D. Kaplan
ELAINE D. KAPLAN
Judge